## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 10 B 29884 |
| JERROLD J. WALTERS, | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: |
| Debtor. | ) | |

### APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist Denenberg Ament & Rubenstein, P.C. ("Much Shelist"), through Norman B. Newman, one of its attorneys, and the Trustee herein (the "Trustee"), move this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for the allowance of final compensation in the amount of $8,056.00 and reimbursement of expenses totaling $180.6 0 for services rendered during the period November 10, 2010 through September 2, 2011. In support of this application, Much Shelist states as follows:

1. On July 2, 2010, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On December 2, 2010, an Order was entered authorizing the Trustee to employ Much Shelist as the Trustee's attorneys in this case, effective November 10, 2010.

3. Much Shelist has no agreement with any other firm or person whatsoever with regard to its compensation in this case.

5. Much Shelist is entitled to receive final compensation in the amount of $8,056.00 plus reimbursement of out-of-pocket expenses in the amount of $180.60 for services rendered during the period November 10, 2010 through September 2, 2011.

6.     Much Shelist provided 18.40 hours of services on behalf of the Trustee during the time period covered by the application. The following is a summary of time expended, by individual, during the time period covered by this application.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 9.00 hrs. | $586.66/hr.* | $5,280.00 |
| Martin J. Wasserman | 9.40 hrs. | $295.32/hr.* | 2,776.00 |
| | | | |
| **TOTAL** | **18.40 hrs.** | | **$8,056.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

7.     Attached hereto as Exhibit "A" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in In re Continental Securities Litigation, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8.     At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

9.     During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A.     **Retention of Professionals (Tab No. 1):** A total of 5.20 hours of time was expended by Much Shelist corresponding with the real estate broker regarding employment and the preparation of their listing agreement. Time was also spent on the preparation of pleadings and appearances in Court on the Motion to Employ Attorneys and to Employ Real Estate Broker.

2

The individuals who provided services in connection with this activity and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 1.00 hrs. | $570.00/hr. | $570.00 |
| Martin J. Wasserman | 4.20 hrs. | $290.00/hr. | 1,218.00 |
| | | | |
| **TOTAL** | **5.20 hrs.** | | **$1,788.00** |

B. **Disposition of Assets (Tab No. 2)**: Much Shelist expended 11.60 hours in connection with the sale of real estate owned by the Debtor. According to the Debtor's schedules, Debtor had an ownership interest in vacant land located in Walker, Texas (the "Real Estate"). Counsel reviewed information pertaining to the Real Estate to ascertain the value associated with the property; participated in telephonic and written communications with real estate broker regarding an offer to purchase the property. Time was spent preparing the motion to sell Trustee's interest in the Real Estate and appearing in Court on same. Counsel also participated in telephonic communications with the title company in Texas regarding sale procedures and reviewed the necessary documents to finalize the sale.

The individuals who provided services in connection with this activity and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 6.40 hrs. | $587.19/hr.* | $3,758.00 |
| Martin J. Wasserman | 5.20 hrs. | $299.62/hr.* | 1,558.00 |
| | | | |
| **TOTAL** | **11.60 hrs.** | | **$5,316.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

C. **Claims Administration (Tab No. 3)**: A total of 1.60 hours of services were expended in reviewing the claims register for objectionable claims, drafting letters to claimants

3

requesting withdrawal or modification to the claims filed on behalf of the Cook County Treasurer, Johnson County and Venus Independent School District. Reviewed the claim withdrawal on behalf of Johnson County and Venus Independent School District.

The individual who provided services in connection with this activity and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 1.60 hours | $595.00 | $952.00 |
| | | | |
| **TOTAL** | **1.60 hours** | | **$952.00** |

10. During the time period covered by this application, Much Shelist incurred out-of-pocket expenses in the amount of $180.60. Attached hereto as <u>Exhibit B</u> is a detailed itemization of expenses. The charge for photocopies is 10¢ per page. Much Shelist submits that these expenses were reasonable and necessary in connection with the services provided to the Trustee.

11. The services rendered by Much Shelist provided a benefit to the Trustee, to the Debtor and to the creditors of this estate.

**WHEREFORE**, Much Shelist Denenberg Ament & Rubenstein, P.C. respectfully requests that this Court enter an Order as follows:

1. Awarding Much Shelist final compensation in the amount of $8,056.00 plus reimbursement of out-of-pocket expenses in the amount of $180.60 for the period November 10, 2010 through September 2, 2011;

2. Authorizing the Trustee to pay Much Shelist the awarded compensation and expense reimbursement forthwith as an allowed Chapter 7 expense of administration of this estate; and

4

3. Granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

**Much Shelist Denenberg Ament & Rubenstein, P.C.**

By: /s/ Norman B. Newman
One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile: 312-521-2100