## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| WALTERS, JERROLD J | ) | CASE NO. 10-29884 |
| | ) | |
| Debtor(s) | ) | JUDGE JACQUELINE P. COX |
| | ) | |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: THE HONORABLE JACQUELINE P. COX,
BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,500.03 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $7,500.27. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 250.03 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 1,500.03 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____

/s/ Norman B. Newman
NORMAN NEWMAN, Trustee
MUCH SHELIST
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Jerrold Walters
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/01/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008919.0009**

10 - Trustee Matters

**FEES THROUGH OCTOBER 31, 2011**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/17/10 | NBN | Review filed motion to employ attorney and meet with M. Wasserman regarding employing real estate broker. | 0.40 |
| 11/29/10 | NBN | Review affidavit for R. Orr to sign as real estate broker and review employment motion. | 0.50 |
| 12/09/10 | NBN | Sign listing agreement and review order employing real estate broker. | 0.20 |
| 01/04/11 | NBN | Discussion with M. Wasserman regarding counter-offer on Texas real estate. | 0.20 |
| 01/07/11 | NBN | Meeting with M. Wasserman regarding counter-offer on real estate in Texas. | 0.20 |
| 03/29/11 | NBN | Review tax identification number and W-9 | 0.20 |
| 03/30/11 | NBN | Review deal documents to be signed regarding sale of Texas real estate. | 0.40 |
| 03/31/11 | NBN | Letter to representative of Title Co. regarding transmittal of sale documents and sign sale documents. | 0.30 |
| 05/05/11 | NBN | Review notice fixing time to file claims. | 0.20 |
| 05/10/11 | NBN | Review sent notice fixing time to file. | 0.20 |
| 07/18/11 | NBN | Review claim of American Express. | 0.10 |
| 08/09/11 | NBN | Review claim register. | 0.30 |
| | | **Total Hours** | **3.20** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

Payment due within 30 days of invoice

E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.