# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re:<br>    WALTERS, JERROLD J<br><br>                               Debtor(s) | §<br>§<br>§<br>§<br>§ | Case No. 10-29884 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 a.m. on 03/01/2012 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinos. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/23/2012      By:      /s/NORMAN NEWMAN/
                                                                                           Trustee/

NORMAN NEWMAN~
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WALTERS, JERROLD J § Case No. 10-29884
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 7,500.27

*and approved disbursements of*     $ 2,564.93

*leaving a balance on hand of* [1]     $ 4,935.34

**Balance on hand:**     $ 4,935.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Johnson County/Hill College Venus ISD | 99.46 | 0.00 | 0.00 | 0.00 |
| 3 | Venus Independent School District | 371.06 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 4,935.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 1,500.03 | 0.00 | 760.34 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 8,056.00 | 0.00 | 4,083.46 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 180.60 | 0.00 | 91.54 |

Total to be paid for chapter 7 administration expenses:     $ 4,935.34
Remaining balance:     $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:                                            $       0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $       0.00
Remaining balance:                      $       0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,116.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COOK COUNTY TREASURER'S OFFICE | 6,602.96 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | 4,168.39 | 0.00 | 0.00 |
| 5 | American Express Centurion Bank | 3,635.23 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 2,710.35 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $       0.00
Remaining balance:                                      $       0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jerrold J Walters  
    Debtor

Case No. 10-29884-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: rmarola     Page 1 of 3     Date Rcvd: Jan 24, 2012  
                    Form ID: pdf006    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2012.

```
db          +Jerrold J Walters,    3804 S Jay Ln,    Rolling Meadows, IL 60008-2941
15803539    +Alexian Brothers Medical Center,    800 Biesterfield Rd.,    Elk Grove Village, IL 60007-3396
15803540    +American Express,    Box 0001,    Los Angeles, CA 90096-8000
17548767     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15803541    +Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
15957228    +COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,    118 NORTH CLARK STREET - ROOM 112,
              CHICAGO,IL 60602-1332
15803542    +Capital One Bank,    PO Box 5294,    Carol Stream, IL 60197-5294
15803543    +Chase,    MGM Mirage,    PO 15153,    Wilmington, DE 19886-5153
15803546    +CitiFinancial,    Bankruptcy Dept.,    PO Box 140489,    Irving, TX 75014-0489
15803544    +CitiFinancial Services Inc,    PO Box 2269,    Palatine, IL 60078-2269
15803547    +Cook County Treasurer,    PO Box 4468,    Carol Stream, IL 60197-4468
15803548    +Credit One Bank,    PO Box 60500,    City of Industry, CA 91716-0500
15803551    +FIA Card Services,    PO Box 15726,    Wilmington, DE 19886-5726
15803550    +FIA Card Services,    PO Box 17220,    Baltimore, MD 21297-1220
15803552    +Johnson County Tax Assessor,    PO Box 75,    Cleburne, TX 76033-0075
16009567     Johnson County/Hill College Venus ISD,    c/o Elizabeth Banda Calvo,    Perdue Brandon et al,
              POBox 13430,    Arlington TX 76094-0430
17562901   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,
              c/o FIA Card Services/Bank of America,    POB 41067,    Norfolk VA 23541)
15803553   #+Target National Bank,    Target Credit Services,    PO Box 59317,    Minneapolis, MN 55459-0317
15803554    +Union Plus Credit Card,    PO Box 88000,    Baltimore, MD 21288-0001
16009687     Venus Independent School District,    c/o Elizabeth Banda Calvo,    Perdue Brandon et al,
              POBox 13430,    Arlington TX 76094-0430
15803555    +Village of Arlington Heights,    33 S Arlington Heights Rd,    Arlington Hts., IL 60005-1499
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17247463     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 25 2012 05:11:37
              American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
15803549    +E-mail/Text: banko@eldoradoresorts.net Jan 25 2012 02:21:45      Eldorado Resorts Corporation,
              Mortgage Department,    3015 N Ocean Blvd Ste 120,    Ft Lauderdale, FL 33308-7344
                                                                                              TOTAL: 2
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
15803545   ##+CitiFinancial Services Inc,    643 E. Dundee Road,    Palatine, IL 60074-2817
15803556   ##+Wells Fargo Financial,    175 Olde Half Day Rd., #225,    Lincolnshire, IL 60069-3074
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rmarola           Page 2 of 3              Date Rcvd: Jan 24, 2012
                              Form ID: pdf006         Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2012**            **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: rmarola              Page 3 of 3                  Date Rcvd: Jan 24, 2012
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2012 at the address(es) listed below:
          Allison E Walsh   on behalf of Creditor  Wells Fargo Financial Illinois, Inc.
           aew@brookslawfirmpc.com
          John J Placek   on behalf of Debtor Jerrold Walters johnplacek@att.net
          Martin J Wasserman   on behalf of Trustee Norman Newman mwasserman@carlsondash.com,
           knoonan@carlsondash.com
          Norman B Newman   nnewman@muchshelist.com, IL63@ecfcbis.com;nsulak@muchshelist.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                          TOTAL: 5