# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WALTERS, JERROLD J                           §   Case No. 10-29884
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                     Assets Exempt: $2,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00      Claims Discharged
                                            Without Payment: $17,116.93

Total Expenses of Administration: $7,500.39

---

    3) Total gross receipts of $ 7,500.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $279,044.64 | $470.52 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,301.56 | 12,301.56 | 7,500.39 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,683.53 | 17,116.93 | 17,116.93 | 0.00 |
| **TOTAL DISBURSEMENTS** | $287,728.17 | $29,889.01 | $29,418.49 | $7,500.39 |

   4) This case was originally filed under Chapter 7 on July 02, 2010. The case was pending for 21 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2012          By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lot in Texas | 1110-000 | 7,500.00 |
| Interest Income | 1270-000 | 0.39 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Johnson County/Hill College Venus ISD | 4110-000 | 837.57 | 99.46 | 0.00 | 0.00 |
| 3 | Venus Independent School District | 4110-000 | N/A | 371.06 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Financial | 4110-000 | 278,207.07 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$279,044.64** | **$470.52** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 1,500.03 | 1,500.03 | 760.36 |
| Much Shelist, et.al. | 3110-000 | N/A | 8,056.00 | 8,056.00 | 4,083.55 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Much Shelist, et.al. | 3120-000 | N/A | | 180.60 | 180.60 | 91.55 |
| Adobe Title, LLC | 2500-000 | N/A | | 2,110.50 | 2,110.50 | 2,110.50 |
| Adobe Title, LLC | 2500-000 | N/A | | 25.00 | 25.00 | 25.00 |
| Adobe Title, LLC | 2500-000 | N/A | | 234.00 | 234.00 | 234.00 |
| Adobe Title, LLC | 2820-000 | N/A | | 120.43 | 120.43 | 120.43 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | 12,301.56 | 12,301.56 | 7,500.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | COOK COUNTY TREASURER'S OFFICE | 7100-000 | 8,683.53 | 6,602.96 | 6,602.96 | 0.00 |
| 4 | American InfoSource LP as agent for Target | 7100-000 | N/A | 4,168.39 | 4,168.39 | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 3,635.23 | 3,635.23 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,710.35 | 2,710.35 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 8,683.53 | 17,116.93 | 17,116.93 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-29884  
**Case Name:** WALTERS, JERROLD J  

**Period Ending:** 04/10/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 07/02/10 (f)  
**§341(a) Meeting Date:** 08/05/10  
**Claims Bar Date:** 08/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property<br>Orig. Asset Memo: Property is in foreclosure.; | 175,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lot in Texas | 20,000.00 | 19,162.43 | | 7,500.00 | FA |
| 3 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | LAS VEGAS TIME SHARE | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.39 | FA |
| 9 | Assets  Totals (Excluding unknown values) | **$197,200.00** | **$19,162.43** | | **$7,500.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final report submitted.

**Initial Projected Date Of Final Report (TFR):**  August 31, 2011     **Current Projected Date Of Final Report (TFR):**  January 24, 2012  (Actual)

Case 10-29884    Doc 43    Filed 04/12/12    Entered 04/12/12 11:22:48    Desc Main
Document    Page 6 of 7

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-29884  
**Case Name:** WALTERS, JERROLD J  
**Taxpayer ID #:** **-***4873  
**Period Ending:** 04/10/12

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/05/11 | | Adobe Title, LLC | Sell of Vacant Lot in Texas | | | 5,010.07 | | 5,010.07 |
| | {2} | | Sales Price | 7,500.00 | 1110-000 | | | 5,010.07 |
| | | | Settlement Charges | -2,110.50 | 2500-000 | | | 5,010.07 |
| | | | Option Money | -25.00 | 2500-000 | | | 5,010.07 |
| | | | Portion of Owners Policy | -234.00 | 2500-000 | | | 5,010.07 |
| | | | County Property Taxes | -120.43 | 2820-000 | | | 5,010.07 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.03 | | 5,010.10 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.04 | | 5,010.14 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.04 | | 5,010.18 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.04 | | 5,010.22 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.04 | | 5,010.26 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,985.26 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.04 | | 4,985.30 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,960.30 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.04 | | 4,960.34 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,935.34 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.04 | | 4,935.38 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.04 | | 4,935.42 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.04 | | 4,935.46 |
| 03/02/12 | 1001 | Norman B. Newman, Trustee | Dividend paid  50.68% on $1,500.03, Trustee Compensation;  Reference: | | 2100-000 | | 760.36 | 4,175.10 |
| 03/02/12 | 1002 | Much Shelist, et.al. | Dividend paid  50.68% on $8,056.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 4,083.55 | 91.55 |
| 03/02/12 | 1003 | Much Shelist, et.al. | Dividend paid  50.68% on $180.60, Attorney for Trustee Expenses (Trustee Firm);  Reference: | | 3120-000 | | 91.55 | 0.00 |
| | | | ACCOUNT TOTALS | | | 5,010.46 | 5,010.46 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 5,010.46 | 5,010.46 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$5,010.46** | **$5,010.46** | |

{} Asset reference(s)

Printed: 04/10/2012 11:43 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-29884 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | WALTERS, JERROLD J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******85-65 - Checking Account |
| Taxpayer ID #: | **-***4873 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/10/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
            Net Receipts :         5,010.46
    Plus Gross Adjustments :       2,489.93
                                  _____
             Net Estate :         $7,500.39
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******85-65 | 5,010.46 | 5,010.46 | 0.00 |
| | $5,010.46 | $5,010.46 | $0.00 |